NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CLEARVALUE, INC.,
*Plaintiff,*

AND

RICHARD ALAN HAASE,
*Plaintiff-Appellant,*

v.

PEARL RIVER POLYMERS, INC., POLYCHEMIE,
INC., SNF, INC., POLYDYNE, INC., AND SNF
HOLDING COMPANY,
*Defendants-Appellees.*

---

2012-1595

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 06-CV-0197, Chief Judge Leonard Davis.

---

ON MOTION

---

ORDER

Richard Alan Haase moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Richard Alan Haase
     Howard L. Close, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK